(135 So. 918)
### John DRAKE v. Gladys DRAKE.
#### 6 Div. 854.

Supreme Court of Alabama.
June 18, 1931.

PER CURIAM.

Appeal dismissed.

(137 So. 911)
### Ex parte Charles DRENNEN.
#### 6 Div. 749.

Supreme Court of Alabama.
Nov. 24, 1931.

Drennen & Davis, of Birmingham, for petitioner.

Victor H. Smith, of Birmingham, for respondent.

PER CURIAM.

Petition dismissed by agreement.

(134 So. 913)
### Addie L. ENGLISH v. UNION BANK.
#### I Div. 641.

Supreme Court of Alabama.
April 23, 1931.

C. L. Hybart, of Monroeville, for appellant.
J. D. Ratcliffe, of Monroeville, for appellee.

FOSTER, J.

Affirmed.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.

(137 So. 911)
### FARMERS' BANK & TRUST CO., as Ex'r, etc., v. Fanny P. BOROUGHS.
#### 2 Div. 958.

Supreme Court of Alabama.
Oct. 28, 1930.

PER CURIAM.

Appeal dismissed by agreement.

(134 So. 919)
### FARMERS NATIONAL BANK OF GENEVA v. G. C. McKINNON.
#### 4 Div. 557.

Supreme Court of Alabama.
May 14, 1931.

Mulkey & Mulkey, of Geneva, for appellant.
E. C. Boswell, of Geneva, for appellee.

THOMAS, J.

The bill was for discovery and accounting, and there is general prayer for relief. Demurrer was overruled, and defendant appeals.

The bill states the facts that show the necessity for discovery and accounting as to defendant's collections, renewals, etc., as to collaterals placed with it by complainant.

We have carefully considered this pleading and demurrer thereto, and are of opinion that the trial court's ruling was without error. First National Bank of LaPine v. Cordelia Bradley, 134 So. 621; 48th Street Investment Co. et al. v. Fairfield-American Nat'l Bank, 134 So. 803; Burg v. Smith, 133 So. 687; Julian v. Woolbert, 202 Ala. 535, 81 So. 32; Hicks v. Dowdy, 202 Ala. 535, 81 So. 37; Hall v. McKeller, 155 Ala. 508, 46 So. 460; Lindsey Lumber Co. v. Mason, 165 Ala. 195, 51 So. 750.

The judgment of the circuit court, in equity, is affirmed.

Affirmed.

ANDERSON, C. J., and SAYRE and BROWN, JJ., concur.